CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Equal Rights Center and | ) | |
| | ) | |
| Lewis Starks, | ) | |
| | ) | |
| vs    Plaintiff | ) | Civil Action No._____ |
| | ) | |
| Doctor's Associates Inc., | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Equal Rights Center and Lewis Starks__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Equal Rights Center__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

x _Susan M. Hoffman_
Signature

D.C. Bar No. 291872
BAR IDENTIFICATION NO.

Susan M. Hoffman
Print Name

1001 Pennsylvania Avenue, N.W.
Address

Washington,   D.C.         20004
City         State         Zip Code

(202) 624-2500
Phone Number