## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EQUAL RIGHTS CENTER )<br><br>and )<br><br>LEWIS STARKS, )<br><br>        Plaintiffs, )<br><br>   v. )<br><br>DOCTOR'S ASSOCIATES INC., d/b/a )<br>SUBWAY, et al., )<br><br>        Defendants. ) | Civil No. 1:06-cv-725 |

## NOTICE OF OTHER FILING

Please note that undersigned counsel is re-filing the Motion for Admission *Pro Hac Vice* filed earlier today in the above referenced matter.  In her first filing of the Motion for Admission *Pro Hac Vice*, undersigned counsel failed to file the supporting attachments, which are the declaration of William L. Anderson and the proposed Order.  Counsel hereby refiles the Motion for Admission *Pro Hac Vice* along with the Declaration of William L. Anderson and proposed Order.

Respectfully submitted,

/s/ Susan M. Hoffman

Susan M. Hoffman (D.C. Bar No. 291872)
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004
(202) 624-2942

Counsel for Plaintiffs
Equal Rights Center
and Lewis Starks