**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

EQUAL RIGHTS CENTER                                        )
11 Dupont Circle, N.W., Suite 400              )     **APPEARANCE**
Washington, D.C. 20036                             )
                                                                         )
        and                                                        )
                                                                         )     CASE NO. 1:06-CV-00725-RCL
Lewis Starks                                                      )
930 Farragut Street, N.W.                           )
Apartment No. 409                                        )
Washington, D.C. 20011                             )
                                                                         )
        Plaintiffs,                                    )
                                                                         )
V.                                                                       )
                                                                         )
DOCTOR'S ASSOCIATES, INC. d/b/a       )
SUBWAY                                                         )
3000 N.E. 30th Place, Suite 207                   )
Fort Lauderdale, FL 33306                         )
                                                                         )
        and                                                        )
                                                                         )
SUBWAY REAL ESTATE CORPORATION  )
325 Bick Drive                                                )
Milford, CT 06460                                        )
                                                                         )
        and                                                        )
                                                                         )
SHARMIN AHMED                                        )
530 Morse Street, N.E.                                  )
Washington, D.C. 20002                             )
                                                                         )
        and                                                        )
                                                                         )
NEW COMILLA, INC.                                   )
530 Morse Street, N.E.                                  )
Washington, D.C. 20002                             )
                                                                         )
        and                                                        )
                                                                         )
OBAYEDUL HOQUE                                     )
3204 Pennsylvania Avenue, S.E.                    )

Washington, D.C. 20020                    )
                                          )
            and                           )
                                          )
SUBWAY SANDWICH & SALAD, INC.             )
3204 Pennsylvania Avenue, S.E.            )
Washington, D.C. 20020                    )
                                          )
            and                           )
                                          )
MOHAMED ALAM                              )
800 North Capitol Street, N.W.            )
Washington, D.C. 20002                    )
                                          )
            and                           )
                                          )
TRIPLE A ASSOCIATES INC.                  )
800 North Capitol Street, N.W.            )
Washington, D.C. 20002                    )
                                          )
            and                           )
                                          )
FASLAT ELMOHTASEB                         )
3275 M Street, N.W.                       )
Washington, D.C. 20007                    )
                                          )
            and                           )
                                          )
JOHAL SYSTEM INC.                         )
3275 M Street, N.W.                       )
Washington, D.C. 20007                    )
                                          )
            and                           )
                                          )
ELMOHTASEB INC.                           )
1129 18th Street, N.W.               )
Washington, D.C. 20036                    )
                                          )
            and                           )
                                          )
SYED AHMED                                )
2007 14th Street, N.W.                    )
Washington, D.C. 20009                    )
                                          )
_____Defendants._____)

To the Clerk of this Court and all parties of record:

Please enter the appearance of Timothy A. Diemand as counsel in this case for:  Doctor's

Associates, Inc. and Subway Real Estate Corporation.

5/17/06

_____
Date

D.C. Bar No. 444806

_____
BAR IDENTIFICATION

_____
Signature

Timothy A. Diemand

_____
Print Name

One CityPlace, 185 Asylum Street

_____
Address

Hartford, CT 06103-3402

_____
City          State          Zip Code

(860) 297-3700

_____
Phone Number

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance was sent electronically

or via first class mail, postage prepaid on this 17th day of May, 2006, to all pro se parties

and counsel of record as follows:

Susan M. Hoffman
Rebecca L. Springer
William Anderson
Crowell and Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500

Elaine Gardner
Washington Lawyers Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000


Timothy A. Diemand

\1\501\591544.1

4