UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>V. )<br>)<br>DOCTOR'S ASSOCIATES, INC. d/b/a )<br>SUBWAY, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 1:06-CV-00725-RCL |

**DEFENDANTS' FIRST MOTION ON CONSENT FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b), defendants Doctor's Associates, Inc. and Subway Real Estate Corporation, by and through their undersigned counsel, hereby respectfully move for an extension of time of forty-five (45) days, until and including June 30, 2006, within which to answer or otherwise respond to Plaintiffs' Complaint dated April 21, 2006. In support of this motion, defendants represent as follows:

1. This is defendants' first motion for extension of time;

2. Defendants require additional time to evaluate the Complaint and their responses thereto; and

3. Counsel for defendants has contacted plaintiffs' counsel, who consent to the granting of this motion.

Counsel for the other named defendants has not yet been determined, but plaintiffs' counsel has agreed that the extension of the response date to June 30, 2006 will apply to all named defendants.

DEFENDANTS
DOCTOR'S ASSOCIATES, INC. and
SUBWAY REAL ESTATE CORPORATION

By: _____
Timothy A. Diemand [D.C. Bar No.444806]
Wiggin and Dana, LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402
(860) 297-3700
(860) 525-9380 fax

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time was served electronically or via first class mail, postage prepaid, on this 17th day of May, 2006, to all pro se parties and counsel of record as follows:

Susan M. Hoffman
Rebecca L. Springer
William Anderson
Crowell and Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500

Elaine Gardner
Washington Lawyers Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

Timothy A. Diemand

\5063\241\593979.1