CO-386-online
10/03

# United States District Court
# For the District of Columbia

Equal Rights Center et al.      )
                                )
                                )
                                )
         vs    Plaintiff        )    Civil Action No. __1:06-cv-00725-RCL__
                                )
Doctor's Associates, Inc. et al.)
                                )
                                )
              Defendant         )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Doctor's Associates, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Doctor's Associates, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Timothy A. Diemand_
Signature

D.C. Bar No. 444806
BAR IDENTIFICATION NO.

Timothy A. Diemand
Print Name

One CityPlace, 185 Asylum Street
Address

Hartford, CT 06103-3402
City        State        Zip Code

(860) 297-3700
Phone Number