CO-386-online
10/03

# United States District Court
# For the District of Columbia

Equal Rights Center et al.           )
                                      )
                                      )
                                      )
        vs      Plaintiff             )    Civil Action No. 1:06-cv-00725-RCL
                                      )
Doctor's Associates, Inc. et al.      )
                                      )
                                      )
                Defendant             )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Subway Real Estate Corporation  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Subway Real Estate Corporation  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                      Attorney of Record

                                      _Timothy A. Diemand_ (signature)
                                      Signature

D.C. Bar No. 444806                   Timothy A. Diemand
BAR IDENTIFICATION NO.                Print Name

                                      One CityPlace, 185 Asylum Street
                                      Address

                                      Hartford, CT 06103-3402
                                      City         State         Zip Code

                                      (860) 297-3700
                                      Phone Number