UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> DOCTOR'S ASSOCIATES, INC. d/b/a ) <br> SUBWAY, *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 1:06-CV-00725-RCL <br><br><br> May 26, 2006 |

## MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

As a member in good standing of the bar of this Court, I hereby respectfully move, pursuant to LCvR 83.2, for leave for Suzanne Ellen Wachsstock of Wiggin and Dana LLP to appear *pro hac vice* as co-counsel for defendants Doctor's Associates, Inc. and Subway Real Estate Corporation in this matter. The accompanying declaration of Suzanne Ellen Wachsstock is filed in support of this Motion.

Respectfully submitted,

By: _____
Timothy A. Diemand [D.C. Bar No.444806]
Wiggin and Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402
(860) 297-3700
(860) 525-9380 fax

Counsel for Defendants
Doctor's Associates, Inc. and
Subway Real Estate Corporation

\5063\241\595415.1