UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et al.*            )
                                         )
              Plaintiffs,                )   CASE NO. 1:06-CV-00725-RCL
                                         )
V.                                       )
                                         )
DOCTOR'S ASSOCIATES, INC. d/b/a          )
SUBWAY, *et al.*,                        )
                                         )
              Defendants.                )

**DECLARATION IN SUPPORT OF
MOTION FOR PERMISSION TO APPEAR PRO HAC VICE**

Pursuant to LCvR 83.2(d), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is Suzanne Ellen Wachsstock.

2. I practice under the following firm name and/or letterhead:

> Wiggin and Dana LLP
> 400 Atlantic Street
> P.O. Box 110325
> Stamford, CT 06911-0325
> (203) 363-7600
> Facsimile: (203) 363-7676
> Email: swachsstock@wiggin.com

3. I am admitted to practice in the following courts: all courts in the State of New York; all courts of the State of Connecticut; the Federal District Court for the District of Connecticut; the Federal District Court for the Southern District of New York; the Federal District Court for the Eastern District of New York, and the Court of Federal Claims.

4. I have not been disciplined by any bar and no disciplinary or grievance proceeding has ever been filed against me.

5. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two (2) years.

6. I do not engage in the practice of law from an office located in the District of Columbia and I am not a member of the District of Columbia bar.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746 that the foregoing representations are true and correct.

Executed on May 26, 2006

Suzanne E. Wachsstock

\5063\241\595419.3