UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> DOCTOR'S ASSOCIATES, INC. d/b/a ) <br> SUBWAY, *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 1:06-CV-00725-RCL |

**DECLARATION IN SUPPORT OF**
**MOTION FOR PERMISSION TO APPEAR PRO HAC VICE**

Pursuant to LCvR 83.2(d), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is Kim Elizabeth Rinehart.

2. I practice under the following firm name and/or letterhead:

>Wiggin and Dana LLP
>One Century Tower
>P.O. Box 1832
>New Haven, CT 06508-1832
>(203) 498-4400
>Facsimile: (203) 782-2889
>Email: krinehart@wiggin.com

3. I am admitted to practice in the following courts: all courts of the State of Connecticut, all courts of the State of California, the United States District Court for the District of Connecticut; and the United States Court of Appeals for the Second Circuit.

4. I have not been disciplined by any bar and no disciplinary or grievance proceeding has ever been filed against me.

5. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two (2) years.

6. I do not engage in the practice of law from an office located in the District of Columbia and I am not a member of the District of Columbia bar.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746 that the foregoing representations are true and correct.

Executed on May 26, 2006

Kim E. Rinehart

\5063\241\595420.2