UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> DOCTOR'S ASSOCIATES, INC. d/b/a ) <br> SUBWAY, *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 1:06-CV-00725-RCL |

## ORDER

Upon review and consideration of the Motion for Admission to Appear *Pro Hac Vice* of Kim Elizabeth Rinehart, it is this ___ day of _____, 20006, hereby:

**ORDERED**, that the motion is GRANTED; and it is further

**ORDERED**, that Kim Elizabeth Rinehart is permitted to represent Defendants Doctor's Associates, Inc. and Subway Real Estate Corporation, and to participate in any proceeding in the above-captioned matter.

_____
Hon. Royce C. Lamberth
United States District Judge

\5063\241\595418.1