UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EQUAL RIGHTS CENTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-725 (RCL) |
| DOCTOR'S ASSOCIATES, INC. d/b/a Subway, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the motion [10] for admission to appear *pro hac vice* of Kim Elizabeth Rinehart, it is hereby

ORDERED that the motion [11] for admission is GRANTED; and it is further

ORDERED that Kim Elizabeth Rinehart is permitted to represent defendants Doctor's Associates, Inc., and Subway Real Estate Corporation, and to participate in any proceeding in the above-captioned matter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 30, 2006.