AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Equal Rights Center and
Lewis Starks                                )
           Plaintiff(s)         )        **APPEARANCE**
                                  )
                                  )
           vs.                    )        CASE NUMBER
Doctor's Associates, Inc., d/b/a Subway, )
et. al.                                     )
           Defendant(s)         )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Rebecca L. Springer__ as counsel in this
                             (Attorney's Name)

case for: __Plaintiffs, The Equal Rights Center and Lewis Starks__
                      (Name of party or parties)

__6/2/06__
Date

*(signature)*
Signature

__465982__
BAR IDENTIFICATION

Rebecca L. Springer
Print Name

Crowell & Moring, LLP; 1001 Pennsylvania Ave., NW
Address

Washington, DC 20004
City      State      Zip Code

(202) 624-2500
Phone Number