UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>and )<br>)<br>LEWIS STARKS, )<br>)<br>         Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>DOCTOR'S ASSOCIATES INC., d/b/a )<br>SUBWAY, et al., )<br>)<br>         Defendants. )<br>) | Civil No. 1:06-cv-725 |

## MOTION FOR ADMISSION *PRO HAC VICE*

As a member in good standing of the bar of this Court, I hereby respectfully move, pursuant to LCvR 83.2(d), for leave for William L. Anderson of Crowell & Moring LLP to appear *pro hac vice* as co-counsel for Plaintiffs Equal Rights Center and Lewis Starks in this matter. The accompanying declaration of William L. Anderson is filed in support of this Motion.

Respectfully submitted,

   /s/ Susan M. Hoffman

Susan M. Hoffman (D.C. Bar No. 291872)
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 624-2942

Counsel for Plaintiffs
Equal Rights Center
and Lewis Starks