UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER )
)
and )
)
LEWIS STARKS, )
)
      Plaintiffs, )   Civil No. 1:06-cv-725
)
v. )
)
DOCTOR'S ASSOCIATES, INC., d/b/a )
SUBWAY, et al., )
)
      Defendants.

## DECLARATION IN SUPPORT OF
## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.2(d), I declare that the following facts are true, to the best of my knowledge, information, and belief:

1. My full name is: William LaDell Anderson.

2. I practice under the following firm name and/or letterhead:

    Crowell & Moring LLP
    1001 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004-2595
    Telephone: (202) 624-2500
    Facsimile: (202) 628-5116
    Email: wanderson@crowell.com

3. I am admitted to practice in the following courts: the District of Columbia Court of Appeals, the United States Court of Federal Claims, the United States Court of

      Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, and the United States Court of Appeals for the Federal Circuit.

4. I am in good standing in the District of Columbia Bar (Bar No. 419340).

5. No disciplinary or grievance proceedings have been previously filed against me.

6. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

7. I have not been charged in any court of the United States or of any state, territory, or possession of the United States with the commission of a felony or unprofessional conduct.

8. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two (2) years.

I affirm under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing representations are true and correct.

_/s/ William L. Anderson_
William L. Anderson