UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>and )<br>)<br>LEWIS STARKS, )<br>)<br>        Plaintiffs, )<br>)<br>   v. )<br>)<br>)<br>DOCTOR'S ASSOCIATES INC., d/b/a )<br>SUBWAY, et al., )<br>)<br>        Defendants. )<br>) | Civil No. 1:06-cv-725 |

## ORDER

Upon review and consideration of the Motion for Admission *Pro Hac Vice* of William L. Anderson, it is this ____ day of _____, 2006, hereby

**ORDERED**, that the motion is GRANTED; and it is further

**ORDERED**, that William L. Anderson is permitted to represent Plaintiffs Equal Rights Center and Lewis Starks, and to participate in any proceedings in the above-captioned matter.

                                      Hon. Royce C. Lamberth
                                      United States District Judge