UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EQUAL RIGHTS CENTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-725 (RCL) |
| DOCTOR'S ASSOCIATES, INC. d/b/a Subway, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Upon consideration of defendants' second consent motion [17] for extension of time to answer or otherwise respond to plaintiffs' complaint, it is hereby

ORDERED that defendants' second consent motion [17] is GRANTED; and it is further

ORDERED that defendants shall answer or otherwise respond to plaintiffs' complaint by August 29, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 26, 2006.