## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EQUAL RIGHTS CENTER, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 1:06-CV-00725-RCL |
| | ) | |
| V. | ) | |
| | ) | |
| DOCTOR'S ASSOCIATES, INC. d/b/a | ) | |
| SUBWAY, *et al.*, | ) | August 22, 2006 |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' THIRD MOTION ON CONSENT FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Pursuant to Federal Rule of Civil Procedure 6(b), defendants Doctor's Associates, Inc. and Subway Real Estate Corporation, by and through their undersigned counsel, hereby respectfully move for an extension of time of two (2) months, until and including October 31, 2006, within which to answer or otherwise respond to Plaintiffs' Complaint dated April 21, 2006.  In support of this motion, defendants represent as follows:

1.      On June 22, 2006, defendants requested an extension of time in order to permit settlement negotiations, then underway, to continue.  The Court granted that request.  The current extension runs until August 29, 2006.

2.      The parties have continued their active settlement discussions and seek an additional extension of time to allow them to focus on and move forward with the settlement process.  More specifically, in addition to ongoing telephonic and email communications, the parties have had two substantive in-person meetings to date to review detailed information on specific Subway stores and company policies.  The parties

have scheduled a third meeting for mid-September, and believe that they are making

progress toward a possible comprehensive resolution of the matter within the next few

months.

      3.      The Parties will advise the Court should settlement negotiations fail and

the litigation require active prosecution.  If the Court desires further information, the

Parties are available for a telephonic or in-person status conference at the Court's

pleasure.

      4.      Plaintiffs' counsel joins in this motion, and agrees that the extension of the

response date to October 31, 2006 will apply to all named defendants.

DEFENDANTS
DOCTOR'S ASSOCIATES, INC. and
SUBWAY REAL ESTATE CORPORATION


By: _____
      Timothy A. Diemand [D.C. Bar No.444806]
      Suzanne Wachsstock (*pro hac vice*)
      Kim E. Rinehart (*pro hac vice*)
      Wiggin and Dana, LLP
      One CityPlace
      185 Asylum Street
      Hartford, CT 06103-3402
      (860) 297-3700
      (860) 525-9380 fax

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time was served electronically or via first class mail, postage prepaid, on this 22nd day of August, 2006, to all pro se parties and counsel of record as follows:

Susan M. Hoffman
Rebecca L. Springer
William Anderson
Crowell and Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500

Elaine Gardner
Washington Lawyers Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

Suzanne E. Wachsstock

\5063\241\609304.2

3