UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | CASE NO. 1:06-CV-00725-RCL |
| ) | |
| V. ) | |
| ) | |
| DOCTOR'S ASSOCIATES, INC. d/b/a ) | |
| SUBWAY, *et al.*, ) | October 26, 2006 |
| ) | |
| Defendants. ) | |

**DEFENDANTS' FOURTH MOTION ON CONSENT FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b), defendants Doctor's Associates, Inc. and Subway Real Estate Corporation, by and through their undersigned counsel, hereby respectfully move for an extension of time of approximately two (2) months, until and including January 3, 2007, within which to answer or otherwise respond to Plaintiffs' Complaint dated April 21, 2006. In support of this motion, defendants represent as follows:

1. On August 22, 2006, defendants requested an extension of time in order to permit settlement negotiations, then underway, to continue. The Court granted that request. The current extension runs until October 31, 2006.

2. The parties have continued their active settlement discussions and seek an additional extension of time to allow them to focus on and move forward with the settlement process. More specifically, in addition to regular and ongoing telephonic and email communications, the parties have had several substantive in-person meetings to

date to review detailed information on specific Subway stores and company policies. The parties have already reached tentative agreement on several issues and believe that they are making progress toward a possible comprehensive resolution of the matter within the next few months.

3. The Parties will advise the Court should settlement negotiations fail and the litigation require active prosecution. If the Court desires further information, the Parties are available for a telephonic or in-person status conference at the Court's pleasure.

4. Plaintiffs' counsel joins in this motion, and agrees that the extension of the response date to January 3, 2007 will apply to all named defendants.

>                    DEFENDANTS
>                    DOCTOR'S ASSOCIATES, INC. and
>                    SUBWAY REAL ESTATE CORPORATION
>
> By: /s/ Suzanne W.
>                    Timothy A. Diemand [D.C. Bar No.444806]
>                    Suzanne Wachsstock (*pro hac vice*)
>                    Kim E. Rinehart (*pro hac vice*)
>                    Wiggin and Dana LLP
>                    One CityPlace
>                    185 Asylum Street
>                    Hartford, CT 06103-3402
>                    (860) 297-3700
>                    (860) 525-9380 fax

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time was served electronically or via first class mail, postage prepaid, on this 26th day of October, 2006, to all pro se parties and counsel of record as follows:

Susan M. Hoffman
Rebecca L. Springer
William Anderson
Crowell and Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500

Elaine Gardner
Washington Lawyers Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

_____
Suzanne E. Wachsstock

\5063\241\620203.1