UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUAL RIGHTS CENTER**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-725 (RCL) |
| ) | |
| **DOCTOR'S ASSOCIATES, INC.** ) | |
| d/b/a Subway, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of defendants' fourth consent motion [21] for extension of time to answer or otherwise respond to plaintiffs' complaint, it is hereby

ORDERED that defendants' fourth consent motion [21] is GRANTED; and it is further

ORDERED that defendants shall answer or otherwise respond to plaintiffs' complaint by January 3, 2007.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 1, 2006.