UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | CASE NO. 1:06-CV-00725-RCL |
| ) | |
| V. ) | |
| ) | |
| DOCTOR'S ASSOCIATES, INC. d/b/a ) | |
| SUBWAY, *et al.*, ) | December 21, 2006 |
| ) | |
| Defendants. ) | |

**DEFENDANTS' FIFTH MOTION ON CONSENT FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b), defendants Doctor's Associates, Inc. and Subway Real Estate Corporation, by and through their undersigned counsel, hereby respectfully move for an extension of time of approximately two (2) months, until and including March 7, 2007, within which to answer or otherwise respond to Plaintiffs' Complaint dated April 21, 2006. In support of this motion, defendants represent as follows:

1.  On October 26, 2006, defendants requested an extension of time in order to permit settlement negotiations, then underway, to continue. The Court granted that request. The current extension runs until January 3, 2007.

2.  The parties have continued their active settlement discussions and seek an additional extension of time to allow them to focus on and move forward with the settlement process. More specifically, in addition to regular and ongoing telephonic and email communications, the parties have had several substantive in-person meetings to date to review detailed information on specific Subway stores and company policies. The parties have

continued to reach tentative agreement on additional issues and believe that they are making progress toward a possible comprehensive resolution of the matter within the next few months.

3. The Parties will advise the Court should settlement negotiations fail and the litigation require active prosecution. If the Court desires further information, the Parties are available for a telephonic or in-person status conference at the Court's pleasure.

4. Plaintiffs' counsel joins in this motion, and agree that the extension of the response date to March 7, 2007 will apply to all named defendants.

DEFENDANTS
DOCTOR'S ASSOCIATES, INC. and
SUBWAY REAL ESTATE CORPORATION

By: _____
Timothy A. Diemand [D.C. Bar No.444806]
Suzanne Wachsstock (*pro hac vice*)
Kim E. Rinehart (*pro hac vice*)
Wiggin and Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402
(860) 297-3700
(860) 525-9380 fax

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time was served electronically or via first class mail, postage prepaid, on this 21st day of December, 2006, to all pro se parties and counsel of record as follows:

Susan M. Hoffman
Rebecca L. Springer
William Anderson
Crowell and Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500

Elaine Gardner
Washington Lawyers Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

_____
Suzanne E. Wachsstock