UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> DOCTOR'S ASSOCIATES, INC. d/b/a ) <br> SUBWAY, *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 1:06-CV-00725-RCL <br><br><br> March 2, 2007 |

**DEFENDANTS' SIXTH MOTION ON CONSENT FOR EXTENSION OF
<u>TIME TO ANSWER OR OTHERWISE RESPOND</u>**

Pursuant to Federal Rule of Civil Procedure 6(b), defendants Doctor's Associates, Inc. and Subway Real Estate Corporation, by and through their undersigned counsel, hereby respectfully move for an extension of time of fifty-one days, until and including April 27, 2007, within which to answer or otherwise respond to Plaintiffs' Complaint dated April 21, 2006. In support of this motion, defendants represent as follows:

1. On December 21, 2006, defendants requested an extension of time in order to permit settlement negotiations, then underway, to continue. The Court granted that request. The current extension runs until March 7, 2007.

2. The parties have continued to make substantial progress in their settlement discussions, but this remains a time-consuming process. Plaintiffs are requesting and the parties are attempting to negotiate resolutions for some 60 facilities within the district that are operated by individual franchisees, and certain of those have necessitated the use of experts. While the parties are in general agreement with respect to the majority of the facilities, certain have

presented very challenging issues on which the parties are still negotiating the appropriate solutions and which involve complications such as the likelihood of obtaining necessary building/construction permits and allocations of responsibility under lease terms. The parties have scheduled further substantive telephonic and in-person meetings to address these and other remaining issues.

3. The Parties will advise the Court should settlement negotiations fail and the litigation require active prosecution. If the Court desires further information, the Parties are available for a telephonic or in-person status conference at the Court's pleasure.

4. Plaintiffs' counsel joins in this motion, and agree that the extension of the response date to April 27, 2007 will apply to all named defendants.

DEFENDANTS
DOCTOR'S ASSOCIATES, INC. and
SUBWAY REAL ESTATE CORPORATION

By: _____
Timothy A. Diemand [D.C. Bar No.444806]
Suzanne Wachsstock (*pro hac vice*)
Kim E. Rinehart (*pro hac vice*)
Wiggin and Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402
(860) 297-3700
(860) 525-9380 fax

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time was served electronically or via first class mail, postage prepaid, on this 2nd day of March, 2007, to all pro se parties and counsel of record as follows:

Susan M. Hoffman
Rebecca L. Springer
William Anderson
Crowell and Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500

Elaine Gardner
Washington Lawyers Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

Kim E. Rinehart