UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>V. )<br>)<br>DOCTOR'S ASSOCIATES, INC. d/b/a )<br>SUBWAY, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 1:06-CV-00725-RCL<br><br><br><br><br><br>September 12, 2007 |

### DEFENDANTS' TENTH MOTION ON CONSENT FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Pursuant to Federal Rule of Civil Procedure 6(b), defendants Doctor's Associates, Inc. and Subway Real Estate Corporation, by and through their undersigned counsel, hereby respectfully move for an extension of time of approximately thirty (30) days, until and including October 12, 2007, within which to answer or otherwise respond to Plaintiffs' Complaint dated April 21, 2006. In support of this motion, defendants represent as follows:

1. On August 13, 2007, defendants requested an extension of time in order to permit settlement negotiations, then underway, to continue. The Court granted that request. The current extension runs until September 12, 2007.

2. The parties have been diligently working through the details of, and documenting, a comprehensive settlement intended to address each of the issues raised in the Complaint, and believe that they are at the final stages of negotiating this settlement.

1

3.  The Parties will advise the Court should settlement negotiations fail and the litigation require active prosecution. If the Court desires further information, the Parties are available for a telephonic or in-person status conference at the Court's pleasure.

4.  Plaintiffs' counsel joins in this motion, and agree that the extension of the response date to October 12, 2007 will apply to all named defendants.

DEFENDANTS
DOCTOR'S ASSOCIATES, INC. and
SUBWAY REAL ESTATE CORPORATION

By: /s/ Suzanne Wachsstock
    Timothy A. Diemand [D.C. Bar No.444806]
    Suzanne Wachsstock (*pro hac vice*)
    Kim E. Rinehart (*pro hac vice*)
    Wiggin and Dana LLP
    One CityPlace
    185 Asylum Street
    Hartford, CT 06103-3402
    (860) 297-3700
    (860) 525-9380 fax

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time was served electronically or via first class mail, postage prepaid, on this 12th day of September, 2007, to all pro se parties and counsel of record as follows:

Susan M. Hoffman
William Anderson
Rebecca L. Springer
Crowell and Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500

Elaine Gardner
Washington Lawyers Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000


/s/   Suzanne E. Wachsstock


\5063\241\664067.1