UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER                          )
11 Dupont Circle, N.W. Suite 400             )
Washington, D.C. 20036                       )
                                             )
and                                          )
                                             )
LEWIS STARKS                                 )
930 Farragut Street, N.W.                    )
Apartment No. 409                            )
Washington, D.C. 20011                       )
                                             )
            Plaintiffs,                      )
                                             )
vs.                                          )
                                             )
DOCTOR'S ASSOCIATES INC., d/b/a              )
SUBWAY                                       )
3000 N.E. 30th Place              )    Case No. 1:06-cv-00725-RCL
Suite 207                                    )
Fort Lauderdale, Florida 33306               )
                                             )
and                                          )
                                             )
SUBWAY REAL ESTATE CORPORATION               )
325 Bic Drive                                )
Milford, Connecticut 06460                   )
                                             )
and                                          )
                                             )
SHARMIN AHMED                                )
530 Morse Street, N.E.                       )
Washington, D.C. 20002                       )
                                             )
and                                          )
                                             )
NEW COMILLA, INC.                            )
530 Morse Street, N.E.                       )
Washington, D.C. 20002                       )
                                             )
and                                          )
                                             )
OBAYEDUL HOQUE.                              )
3204 Pennsylvania Avenue, S.E.               )
Washington, D.C. 20020                       )
                                             )
and                                          )
                                             )
SUBWAY SANDWICH & SALAD, INC.                )
3204 Pennsylvania Ave., S.E.                 )

Washington, D.C. 20020                          )
                                                )
and                                             )
                                                )
MOHAMED ALAM                                    )
800 North Capitol Street, N.W.                  )
Washington, D.C. 20002                          )
                                                )
and                                             )
                                                )
TRIPLE A ASSOCIATES INC.                        )
800 North Capitol Street, N.W.                  )
Washington, D.C. 20002                          )
                                                )
and                                             )
                                                )
FASLAT ELMOHTASEB                               )
3275 M Street, N.W.                             )
Washington, D.C. 20007                          )
                                                )
and                                             )
                                                )
JOHAL SYSTEM INC.                               )
3275 M Street, N.W.                             )
Washington, D.C. 20007                          )
                                                )
and                                             )
                                                )
ELMOHTASEB INC.                                 )
1129 18th Street, N.W.                          )
Washington, D.C. 20036                          )
                                                )
and                                             )
                                                )
SYED AHMED                                      )
2007 14th Street, N.W.                          )
Washington, D.C. 20009                          )
                                                )
                Defendants.                     )
                                                )

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Teresa L. Jakubowski, Carolyn Doppelt Gray, and Nathan

A. Stokes as counsel in this case for **Doctor's Associates, Inc. and Subway Real Estate**

**Corporation**.  Ms. Jakubowski certifies that she is admitted to practice in this court.

Applications for admission of Ms. Gray and Mr. Stokes are pending.

Dated:  October 11, 2007                                    Respectfully submitted,


By:     /s/ Teresa L. Jakubowski
        Teresa L. Jakubowski
        D.C. Bar No. 443380
        teresa.jakubowski@btlaw.com

        Carolyn Doppelt Gray
        D.C. Bar No. 431669 (U.S. Dist. Ct.
        Admission Pending)
        carolyn.gray@btlaw.com

        Nathan Stokes
        D.C. Bar No. 495341 (U.S. Dist. Ct.
        Admission Pending)
        nathan.stokes@btlaw.com

        BARNES & THORNBURG LLP
        750 17th Street, NW, Suite 900
        Washington, DC  20006
        Telephone:   (202) 371-6366
        Facsimile:   (202) 289-1330

        Attorneys for Defendants Doctor's
        Associates, Inc. and Subway Real Estate
        Corporation

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Appearance was sent electronically or via

first class mail, postage prepaid on this 11th day of May, 2006, to all pro se parties (at addresses

listed in case caption) and counsel of record as follows:

Counsel for Plaintiffs  -       Susan M. Hoffman
                                Rebecca Springer
                                William Anderson
                                Crowell & Moring LLP
                                1001 Pennsylvania Avenue, N.W.
                                Washington, D.C. 20004
                                (202) 624-2500

                                Elaine Gardner
                                Washington Lawyers Committee
                                        for Civil Rights and Urban Affairs
                                11 Dupont Circle, N.W.
                                Suite 400
                                Washington D.C. 20036
                                (202) 319-1000

Counsel for Defendants
Doctor's Associates Inc. and
Subway Real Estate Corp. -      Suzanne E. Wachsstock
                                WIGGIN & DANA LLP
                                400 Atlanta Street
                                P.O. Box 110325
                                Stamford, CT 06911-325
                                (203) 363-7600

                                Timothy A. Diemand
                                Kim E. Rinehart
                                WIGGIN & DANA, LLP
                                One Century Tower
                                P.O. Box 1832
                                New Haven, CT 06508-1832
                                (203) 498-4400