UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EQUAL RIGHTS CENTER**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-725 (RCL) |
| **DOCTOR'S ASSOCIATES, INC.** d/b/a Subway, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

Upon consideration of the parties' joint oral request to have this case referred to a Magistrate Judge for mediation, it is hereby

ORDERED that this case is REFERRED to Magistrate Judge Kay for mediation proceedings. The Clerk of the Court is instructed to forward the record in this case to Magistrate Judge Kay; it is further

ORDERED that defendants must answer or otherwise respond to plaintiffs' complaint no later than November 19, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 12, 2007.