UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DOCTOR'S ASSOCIATES, INC. d/b/a ) <br> SUBWAY, *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 1:06-CV-00725-RCL |

**DEFENDANTS' ELEVENTH MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b), defendants Doctor's Associates, Inc. ("DAI") and Subway Real Estate Corporation ("SREC"), by and through their undersigned counsel, hereby respectfully move for an extension of time within which to answer or otherwise respond to Plaintiffs' Complaint dated April 21, 2006.  In support of this motion, defendants represent as follows:

1.  At that status conference held on October 11, 2007, the parties requested that this case be referred to mediation before U.S. Magistrate Judge Alan Kay.  The Court granted the parties' request.  The Court also extended the deadline for defendants to answer or otherwise respond to the Complaint until November 19, 2007.

2.  Due to scheduling issues, mediation before Judge Kay did not commence until the late afternoon of Thursday, November 15, 2007.  The parties have continued to make substantial progress in their settlement discussions, but were unable to complete the mediation the evening of November 15th.

1

3.     The parties anticipate that on or around Friday, November 23, 2007, they will know if this matter will settle. If the Court desires further information, the parties are available for a telephonic or in-person status conference at the Court's pleasure.

4.     To provide the parties with sufficient time to conclude the settlement discussion, defendants DAI and SREC request an extension of time until November 30, 2007, in which to answer or otherwise respond to the Complaint.

5.     Additionally, Wiggin and Dana has represented the individual franchisees named as defendants in this case for purposes of settlement only. The parties propose that the defendant franchisees be granted an extension until December 31, 2007, in which to answer or otherwise respond to the Complaint, so that they will have sufficient time to obtain other counsel.

6.     The undersigned has attempted to reach plaintiffs' counsel on Monday, November 19, 2007 and again on Tuesday, November 20, 2007, and Defendant's efforts to reach them to obtain consent were unsuccessful.

                                        Respectfully submitted,

November 20, 2007                   By:    /s/ Teresa L. Jakubowski
                                                    Teresa L. Jakubowski
                                                    D.C. Bar No. 443380
                                                    teresa.jakubowski@btlaw.com

                                                    Carolyn Doppelt Gray
                                                    D.C. Bar No. 431669 (U.S. Dist. Ct. Admission Pending)
                                                    carolyn.gray@btlaw.com

                                                    Nathan Stokes
                                                    D.C. Bar No. 495341 (U.S. Dist. Ct. Admission Pending)
                                                    nathan.stokes@btlaw.com

                                                    BARNES & THORNBURG LLP
                                                    750 17th Street, NW, Suite 900
                                                    Washington, DC  20006
                                                    Telephone:  (202) 371-6366
                                                    Facsimile:  (202) 289-1330

Lawrence Peikes
(*admitted pro hac vice*)
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06911
Telephone: (203) 363-7609
Facsimile:  (203) 363-7676
lpeikes@wiggin.com

Attorneys for Defendants
Doctor's Associates, Inc. and
Subway Real Estate Corporation

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Motion for Extension of Time was served electronically or via first class mail, postage prepaid, on this 20th day of November, 2007, to all pro se parties and counsel of record as follows:

Susan M. Hoffman  
Rebecca L. Springer  
William Anderson  
Crowell and Moring LLP  
1001 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004  
(202) 624-2500  

Elaine Gardner  
Washington Lawyers Committee for  
Civil Rights and Urban Affairs  
11 Dupont Circle, N.W.  
Suite 400  
Washington, D.C. 20036  
(202) 319-1000  

                                  /s/ Teresa L. Jakubowski  
                                  Teresa L. Jakubowski