UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EQUAL RIGHTS CENTER, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:06-CV-00725-RCL |
| v. | ) ) | |
| DOCTOR'S ASSOCIATES, INC., d/b/a SUBWAY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

PLAINTIFFS' MEMORANDUM OF LIMITED OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Plaintiffs Lewis Starks and the Equal Rights Center, by and through their undersigned counsel, respectfully file this opposition to the referenced Defendants' motion. Plaintiffs consent to Defendants' motion for an extension of time to file an answer or otherwise respond to Plaintiffs' complaint in this matter with the following exception:

Plaintiffs object to the Defendants' request (at ¶ 5) in their motion to extend the deadline for the individual franchisee defendants to answer to December 31, 2007. While Plaintiffs are hopeful that this case will settle, Plaintiffs believe the parties can and should be prepared to move forward with the litigation expeditiously should this case not be resolved through settlement. The individual franchisee defendants have had ample time to obtain alternative counsel and should not require the additional month that Defendants seek in order to file a

responsive pleading.  Therefore, Plaintiffs respectfully request that this Court order all individual franchisee defendants to answer the Complaint no later than December 14, 2007.

WHEREFORE, Plaintiffs respectfully request that the Court grant Defendants' motion in part and deny the motion in part, and order all individual franchisees named as defendants to answer or otherwise respond to the Complaint no later than December 14, 2007.

The undersigned has informed counsel for Defendants of its intent to file this opposition.

                                                 Respectfully submitted,

November 20, 2007                     /s/  Rebecca L. Springer
                                          Rebecca L. Springer [D.C. Bar No. 465982]
William Anderson [D.C. Bar No. 419340]
Susan M. Hoffman [D.C. Bar No. 291872]
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Tel:  (202) 624-2500
Fax:  (202) 628-5116

Elaine Gardner [D.C. Bar No. 271262]
Washington Lawyers Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

*Attorneys for Plaintiffs*

DCIWDMS: 4671004_3