**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et al.*    ) | |
|                                                   ) | |
|               Plaintiffs,    ) | CASE NO. 1:06-CV-00725-RCL |
|                                                   ) | |
| v.                                             ) | |
|                                                   ) | |
| DOCTOR'S ASSOCIATES, INC. d/b/a    ) | |
| SUBWAY, *et al.*,                    ) | |
|                                                   ) | |
|               Defendants.    ) | |

**DEFENDANTS' TWELFTH MOTION ON CONSENT FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b), defendants Doctor's Associates, Inc.

("DAI") and Subway Real Estate Corporation ("SREC"), by and through their undersigned

counsel, hereby respectfully move for an extension of time within which to answer or otherwise

respond to Plaintiffs' Complaint dated April 21, 2006.  In support of this motion, defendants

represent as follows:

1.    At that status conference held on October 11, 2007, the parties requested that this

case be referred to mediation before U.S. Magistrate Judge Alan Kay.  The Court granted the

parties' request.

2.    By prior motion dated November 20, 2007, DAI and SREC respectfully requested

that the Court extend their deadline to answer or otherwise respond to the Complaint until

November 30, 2007, as settlement discussions were still ongoing at that time.

1

3.      Pursuant to mediation, the parties have now reached an agreement in principle to resolve this matter without further resort to the Court.  The parties require additional time, however, in order to finalize and execute the written settlement agreement.

4.      Due to the schedules and other commitments of both counsel and the parties, and because execution of the agreement involves multiple signatories, the parties respectfully request that the deadline for answering or otherwise responding to the Complaint be extended until December 31, 2007.

6.      The undersigned has consulted with plaintiffs' counsel, who consents to and joins in this motion.  The parties also have agreed that extension of the response date to December 31, 2007, shall apply to all defendants named in the case.

Respectfully submitted,

November 30, 2007                     By:     /s/ Teresa L. Jakubowski
                                              Teresa L. Jakubowski
                                              D.C. Bar No. 443380
                                              teresa.jakubowski@btlaw.com

                                              Carolyn Doppelt Gray
                                              D.C. Bar No. 431669 (U.S. Dist. Ct.
                                              Admission Pending)
                                              carolyn.gray@btlaw.com

                                              Nathan Stokes
                                              D.C. Bar No. 495341 (U.S. Dist. Ct.
                                              Admission Pending)
                                              nathan.stokes@btlaw.com

                                              BARNES & THORNBURG LLP
                                              750 17th Street, NW, Suite 900
                                              Washington, DC  20006
                                              Telephone:   (202) 371-6366
                                              Facsimile:    (202) 289-1330

Lawrence Peikes
(*admitted pro hac vice*)
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06911
Telephone: (203) 363-7609
Facsimile:  (203) 363-7676
lpeikes@wiggin.com


Attorneys for Defendants
Doctor's Associates, Inc. and
Subway Real Estate Corporation

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time was served

electronically or via first class mail, postage prepaid, on this 30th day of November, 2007, to all

pro se parties and counsel of record as follows:

Susan M. Hoffman
Rebecca L. Springer
William Anderson
Crowell and Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500

Elaine Gardner
Washington Lawyers Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

/s/ Teresa L. Jakubowski
Teresa L. Jakubowski