UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 06-725 (RCL) |
| DOCTOR'S ASSOCIATES, INC. d/b/a Subway, *et al.*, | ) ) ) |
| Defendants. | ) ) |

# ORDER

Upon consideration of defendants' eleventh motion [36] for extension of time to answer or otherwise respond to plaintiffs' complaint, it is hereby

ORDERED that defendants' eleventh motion [36] is GRANTED, *nunc pro tunc*; and it is further

ORDERED that defendants DAI and SREC shall answer or otherwise respond to plaintiffs' complaint by November 30, 2007; it is further

ORDERED that defendant franchisees shall answer or otherwise respond to plaintiffs' complaint by December 31, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 5, 2007.