UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
EQUAL RIGHTS CENTER, *et al.*            )
                                          )
            Plaintiffs,                )   CASE NO. 1:06-CV-00725-RCL
                                          )
v.                                        )
                                          )
DOCTOR'S ASSOCIATES, INC. d/b/a          )
SUBWAY, *et al.*,                         )   December 31, 2007
                                          )
           Defendants.                )
_____

## JOINT STATUS REPORT

The parties to this action have settled the above captioned lawsuit, and the Equal Rights Center and Doctor's Associates, Inc. have signed the settlement agreement. Counsel for the individual franchisee defendants and for plaintiff Lewis Starks are attempting to obtain signatures from these individuals to finalize the settlement agreement. The parties intend to file a joint motion for dismissal with prejudice later this week once those signatures have been obtained.

Respectfully submitted,


___/s/ William L. Anderson_____              ___/s/ Carolyn Doppelt Gray_____
William L. Anderson                           Carolyn Doppelt Gray
Crowell & Moring LLP                          Barnes & Thornburg
1001 Pennsylvania Avenue, NW                  750 17th Street, NW, Suite 900
Washington, DC 20004                          Washington, DC 20006
Phone: (202) 624-2500                         Phone: (202) 289-1313
Fax:   (202) 628-5116                         Fax:   (202) 289-1330

Counsel for Plaintiffs                        Counsel for Defendants