**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| EQUAL RIGHTS CENTER, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:06-CV-00725-RCL |
| v. | ) | |
| | ) | |
| DOCTOR'S ASSOCIATES, INC., d/b/a | ) | |
| SUBWAY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

<u>PLAINTIFFS' MOTION FOR DISMISSAL OF ALL CLAIMS</u>

The Parties to this lawsuit have resolved all disputes and claims through settlement.  Plaintiffs Lewis Starks and the Equal Rights Center, by and through their undersigned counsel, thus respectfully file this motion for dismissal with prejudice of the above-captioned case.

WHEREFORE, Plaintiffs respectfully request that the Court issue an order dismissing this action.  The undersigned has informed counsel for Defendants of its intent to file this motion.  The parties request that the Court retain jurisdiction of this case for the sole purpose of enforcing the terms of the settlement agreement as necessary.

Respectfully submitted,

May 6, 2008

/s/  Rebecca L. Springer
Rebecca L. Springer [D.C. Bar No. 465982]
William Anderson [D.C. Bar No. 419340]
Susan M. Hoffman [D.C. Bar No. 291872]
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Tel:  (202) 624-2500
Fax:  (202) 628-5116

Elaine Gardner [D.C. Bar No. 271262]
Washington Lawyers Committee for Civil
Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:06-CV-00725-RCL |
| v. ) | |
| ) | |
| DOCTOR'S ASSOCIATES, INC., d/b/a ) | |
| SUBWAY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Pending before the Court is Plaintiffs' Motion for Dismissal. Upon

consideration of the Motion, and in light of the parties' having come to agreeable

terms of settlement, the Court

**GRANTS** Plaintiffs' Motion and, accordingly,

**ORDERS** that an Order be entered that: dismisses all claims against

Defendants.

The Court shall retain jurisdiction of this case in order to enforce the terms of

the settlement agreement.

_____

Judge Royce C. Lamberth
United States District Court
District of Columbia

3

Copies To:

Rebecca L. Springer
William Anderson
Susan M. Hoffman
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004
Counsel for Plaintiffs

Elaine Gardner
Washington Lawyers Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
Counsel for Plaintiffs


Teresa L. Jakubowski
Carolyn Doppelt Gray
Nathan Stokes
BARNES & THORNBURG LLP
750 17th Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 371-6366
Facsimile: (202) 289-1330

Lawrence Peikes
(*admitted pro hac vice)*
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06911

Attorneys for Defendants
Doctor's Associates, Inc. and
Subway Real Estate Corporation