UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EQUAL RIGHTS CENTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-725 (RCL) |
| DOCTOR'S ASSOCIATES, INC. d/b/a Subway, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Pending before the Court is plaintiffs' motion [42] for dismissal.  Upon consideration of the motion, and in light of the parties' having come to agreeable terms of settlement, it is hereby

ORDERED that plaintiffs' motion be, and is hereby GRANTED; it is further

ORDERED that all claims against defendants are dismissed.

This Court shall retain jurisdiction of this case in order to enforce the terms of the settlement agreement.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, June 3, 2008.